UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE: Case No. 12-21182-JKO
Victor W Ulloa and Zoila Margarita Ulloa Chapter 13

Debtors. /

**MOTION TO ALLOW LATE FILED CLAIM # 13-1 AS TIMELY FILED BY NATIONSTAR MORTGAGE LLC (RE: 9917 20th Street, Pembroke Pines, FL 33024)**

**COMES NOW** Nationstar Mortgage LLC, by and through its undersigned counsel, and moves this Honorable Court for an Order allowing late filed claim as timely filed for the reasons set forth below:

1. The claims bar date was September 17, 2012.

2. The claim #13-1was filed late on March 20, 2017.

3. No party in interest will be prejudiced by allowing the late filed claim to be allowed as timely filed.

4. If the motion is allowed, the Debtor will have 30 days to object to the claim, amend or modify the plan to conform to the plan, surrender the subject real property collateral, or seek mortgage modification mediation.

**WHEREFORE,** Nationstar Mortgage LLC moves this Honorable Court for Order allowing late filed claim and for whatever additional relief this Court deems just and proper.

/s/Elizabeth Eckhart
Elizabeth Eckhart
FL Bar # 0048958
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL 33614

Telephone: 813-319-5278
Fax: (813) 880-8800
E-mail: eeckhart@logs.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar in the United States District Court for the Fort Lauderdale District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served either by CM/ECF transmission or standard first class mail this 22nd day of March, 2017 to the following:

Victor W Ulloa, 9917 Northwest 20th Street, Pembroke Pines, FL 33024

Zoila Margarita Ulloa, 9917 Northwest 20th Street, Pembroke Pines, FL 33024

Ricardo Corona, Esq., 3899 Northwest 7 Street, Second Floor, Miami, FL 33126

Robin R. Weiner, P O Box 559007, Fort Lauderdale, FL 33355

United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130

/s/Elizabeth Eckhart
Elizabeth Eckhart
FL Bar # 0048958
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL 33614
Telephone: 813-319-5278
Fax: (813) 880-8800
E-mail: eeckhart@logs.com

17-306069